IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LANORRIS MOORE, | : |
| Plaintiff, | : |
| V. | : NO. 5:23-cv-00202-MTT-MSH |
| JOHN OR JANE DOE, | : |
| Defendant. | : |

## ORDER OF DISMISSAL

Plaintiff Lanorris Moore, a prisoner in Macon State Prison in Oglethorpe, Georgia, filed a 42 U.S.C. § 1983 civil rights complaint. Compl., ECF No. 1. Plaintiff also submitted the form for a motion for leave to proceed *in forma pauperis*, but rather than fill out the form, he left the questions blank and marked through each page. Mot. for Leave to Proceed *In Forma Pauperis*, ECF No. 2. As a result, Plaintiff was ordered to file a proper and complete motion to proceed *in forma pauperis*, including the necessary supporting documentation. Order, ECF No. 4. Additionally, Plaintiff was ordered to recast his complaint. *Id.* Plaintiff was given fourteen days to take these actions and was cautioned that his failure to do so could result in the dismissal of this case. *Id.*

More than fourteen days passed following entry of that order, and Plaintiff did not file a recast complaint, submit a new motion for leave to proceed *in forma pauperis*, or otherwise respond to the order. Therefore, Plaintiff was ordered to show cause to the Court why this case should not be dismissed for failure to comply with the previous order. Order to Show Cause, ECF No. 5. Plaintiff was given fourteen days to respond and was

cautioned that his failure to do so would likely result in the dismissal of this case. *Id.*

More than fourteen days have now passed since the show cause order was entered, and Plaintiff has not responded to that order. Therefore, because Plaintiff has failed to respond to the Court's orders and has otherwise failed to prosecute this case, it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 8th day of September, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT