IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LANORRIS MOORE, | * |
|     Plaintiff, | * |
| v. | Case No. 5:23-cv-00202-MTT-MSH |
| | * |
| JOHN OR JANE DOE, | |
| | * |
|     Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 8, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 11th day of September, 2023.

                                                David W. Bunt, Clerk

                                                s/ Erin Pettigrew, Deputy Clerk